

# Fourth Court of Appeals
## San Antonio, Texas

October 23, 2015

No. 04-15-00517-CV

**IN THE INTEREST OF F.A.R. AND G.R.R.,** Children,

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2008-CI-11733
Honorable Eric Rodriguez, Judge Presiding

# O R D E R

    Appellant's motion for extension of time to file her brief is GRANTED. Appellant's brief is due on or before December 28, 2015. **No further extensions will be granted.**

_____
Karen Angelini, Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of October, 2015.

_____
Keith E. Hottle
Clerk of Court